UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                          )
MIRROR LAKE VILLAGE, LLC, *et al.*      )
                                                          )
    *Plaintiffs*,                                   )
                                                          )
      v.                                             )
                                                          )   Civil Action No. 16-1955-TFH
KIRSTJEN M. NIELSEN,[1]                       )
Secretary of Homeland Security, *et al.*,   )
                                                          )
  *Defendants*.                                     )
_____)

**NOTICE OF APPEAL**

Notice is hereby given this 8th Day of February, 2019 that Plaintiffs Mirror Lake Village, LLC; Yanxue Deng; Hui Ge; Lei Hu; Ge Li; Ying Su; and Yue Wang hereby appeal to the **United States Court of Appeals for the District of Columbia Circuit** from the judgement of this Court entered on December 14, 2018 in favor of Defendants and against said Plaintiffs, granting Defendants' Motion for Summary Judgement and denying Plaintiffs' Cross Motion for Summary Judgement.

This Notice of Appeal is timely filed pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure as it is filed within 60 days of the entry of judgement, and officers and agencies of the United States Government are parties.

                                                          S/Daniel B. Lundy
                                                          Klasko Immigration Law Partners, LLP
                                                           1601 Market Street, Suite 2600
                                                           Philadelphia, PA 10103
                                                           (215) 825-8600

---

[1] On December 6, 2017, Kiersten M. Nielsen assumed duties as Secretary of Homeland Security, automatically substituting for the past former Secretary Defendants as a party in accordance with Federal Rule of Civil Procedure 25(d). Similarly, L. Francis Cissna assumed the position of Director of U.S. Citizenship and Immigration Services ("USCIS") on October 8, 2017, and should also be automatically substituted for Leon Rodriguez, the former USCIS Director, pursuant to the same Civil Rule.

Fax (215) 825-8699

H. Ronald Klasko
Klasko Immigration Law Partners, LLP
1601 Market Street, Suite 2600
Philadelphia, PA 10103
(215) 825-8600
Fax (215) 825-8699

Thomas K. Ragland
Clark Hill PLC
(202) 552-2360
Fax (202) 772-0901

*Attorneys for Plaintiffs*

**CLERK** Please mail copies of the above notice to the following counsel for Defendants:

CHAD A. READLER, Acting Assistant Attorney General,
WILLIAM C. PEACHEY, Director,
GLENN GIRDHARRY, Assistant Director
JOSHUA S. PRESS, Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

*Attorneys for Defendants*.

A copy of this Notice of Appeal has also been served on counsel for Defendants by filing it with the Court's Electronic Filing System.